EXHIBIT 1


**Tufts Medical Center**
**Emergency Department**

*Physician Documentation*

Tufts Medical Center                                                          Physician Documentation Continued

10:59 **Attestation:** Assessment and care plan reviewed with resident/midlevel provider. See their note for details.   jms
Resident's history reviewed, patient interviewed and examined.
**Attending HPI:**
HPI: The patient reports a day or so of very pruritic rash on the chest and back. She can't identify any new medications or foods. She reports no past similar symptoms. She does note midsternal chest pain for the past 15-30 minutes. She reports no shortness of breath or palpitations. She reports she takes medicine from "a little bottle". But has run out of this. She reports no fever, chills, nausea, vomiting, palpitations.

11:00 **Attending ROS**   jms
As documented by Resident ROS and HPI.
**Attending Exam:**
My personal exam reveals The patient is a well-developed, well-nourished, Asian female. She is alert and conversant. Conjunctiva are clear, the pupils are equal and reactive. The pharynx is clear. No swelling the tongue is noted. No stridor is present. The patient has a rash that is erythematous and appears urticarial on the back. There is also some rash and upper chest. There are marks from the bra strap noted in red. The patient also has a keloid scar in the lower sternum. The chest is nontender. The chest is clear. No murmurs heard. Abdomen is soft and nontender. The patient's mentation is lucid, she follows commands. She moves all 4 extremities. The speech is fluent.
I have reviewed the
Nurses Notes.

13:39 **ED Course:**   jms
The patient developed worsening chest pain. This is treated with sublingual nitroglycerin without effect. A GI cocktail made a small amount of improvement. Her pain resolved after IV morphine. She was seen by cardiology and admitted to their service. She has a positive stress test from this summer, the patient had initially declined catheterization. The patient's initial troponins and EKGs were negative.
**My Working Impression:**
Acute chest pain.
**Attending chart complete and electronically signed:**
J.M.Stephen MD x4720.

**Disposition Summary:**
11/24/19 13:41
Hospitalization Ordered
 • Hospitalization Status: Inpatient Admission                                   jms
 • Provider: Weinstock, Jonathan                                                 jms
 • Clinical Setting: Telemetry                                                   jms
 • Condition: Stable                                                             jms
 • Problem: new                                                                  jms
 • Symptoms: have improved                                                       jms
 • Bed/Room Type: Regular                                                        jms
 • Room Assignment: North 6 (11/24/19 14:05)                                     ac21
 • Diagnosis:
   • Chest pain, unspecified                                                     jms
 • Forms:
   • Handoff Communication Form                                                  jms

**Critical Care Time:**
13:39 Critical care time: Bedside Care: 20 minutes. Consultation: 15 minutes. Total time: 35 minutes   jms

Name: Liu, Yu                                                          MRN: 2256001
                                                                       Account#: 198115703

